## WOOD *v.* BRENNAN TRUCK CO.

NEGLIGENCE — CONTRIBUTORY NEGLIGENCE — EVIDENCE — DIRECTED VERDICT.

Where a truck on which plaintiff was riding, and which was hired to convey his household goods to a farm to which he was moving, was hit by an interurban car on a public crossing through the alleged negligence of the driver of the truck, who was selected by defendant, and plaintiff was injured, he was not guilty of contributory negligence, as a matter of law, because of his failure to warn the driver of the truck of the approach of the car. *Slee* v. *Neller*, 226 Mich. 151.

Error to Wayne; Hunt (Ormond F.), J.    Submitted April 9, 1924.    (Docket No. 11.)    Decided June 2, 1924.

Case by Helena I. Wood, administratrix of the estate of Clarence O. Wood, deceased, against the Brennan Truck Company and others for personal injuries to plaintiff's decedent and for damages to household goods.    Judgment for defendants on a directed verdict.    Plaintiff brings error.    Reversed.

*Thomas A. Conlon* and *Chester J. Morse,* for appellant.

*Fred L. Vandeveer,* for appellee Brennan Truck Co.

MOORE, J.    Prior to May 4, 1918, Mr. Clarence O. Wood lived in Detroit, but decided to move to near Mt. Clemens.    His father-in-law made arrangements with the Brennan Truck Company to carry Mr. Wood's household goods to the farm.    Mr. Wood went to the farm on the Sunday before May 4, 1918, and learned that a bridge was out on the direct line of travel from

his house in Detroit to the farm. He advised the driver of the truck of this fact, and told him about a route he could take. The driver asked Mr. Wood to ride on the truck and show him the way. He got on the truck with his little girl. Before reaching Mt. Clemens it was necessary for the truck in order to reach the farm to turn to the right and cross the Rapid Railway Company's tracks. Before doing this Mr. Wood got off the load and examined it to see that it was riding properly. He returned to the load and started to take his little girl, who was asleep on the seat of the truck, upon his lap, when he says that was the last he knew for eight or ten days. The driver said Mr. Wood said "go ahead." The truck was hit by an interurban car. Mr. Wood was badly hurt and the furniture was badly damaged. This case was brought to recover damages.

Upon the trial the suit was discontinued as to the Rapid Railway Company. After the testimony was all in the trial judge upon the motion of the attorney for the defendant directed a verdict upon the theory that Mr. Wood was guilty of contributory negligence as a matter of law. The case is brought into this court by writ of error. Later Mr. Wood died and his death has been suggested of record.

Evidently the trial judge overlooked the fact that the truck company was a carrier for hire, and that it selected its own driver for the truck. We think what is said in the case of *Slee* v. *Neller*, 226 Mich. 151, is controlling of the instant case. This case is so recent and so accessible, that we content ourselves by referring to it.

The judgment is reversed and a new trial ordered, with costs to the appellant.

CLARK, C. J., and MCDONALD, BIRD, SHARPE, STEERE, FELLOWS, and WIEST, JJ., concurred.